[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-11243

_____

Agency No. A96-110-017

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 2, 2011
JOHN LEY
CLERK

ANTOINE ST. CYR,

Petitioner,

versus

U.S. ATTORNEY GENERAL,

Respondent.

_____

Petition for Review of a Decision of the
Board of Immigration Appeals

_____

(June 2, 2011)

Before HULL, BLACK and STAPLETON,* Circuit Judges.

PER CURIAM:

_____

*Honorable Walter K. Stapleton, United States Circuit Judge for the Third Circuit, sitting
by designation.

After review and oral argument, we find no reversible error in the Board of Immigration Appeals's ("BIA's") order, dated February 18, 2010, denying Petitioner Antoine St. Cyr's Motion for Reconsideration as to his claim of legal error relating to the issue of changed country conditions in his future persecution asylum claim.

We lack jurisdiction to review the underlying BIA decision dated October 15, 2009, because St. Cyr did not file a petition for review of this order. We also lack jurisdiction to review St. Cyr's claim of error regarding his humanitarian asylum claim under 8 C.F.R. § 208.13(b)(1)(iii) for failure to exhaust that claim.

Petition for Review DENIED in part and DISMISSED in part.